1091

No. 79–5874. Lawson v. United States. C. A. 6th Cir. Certiorari denied.

No. 79–5875. Moore v. Illinois. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–5880. Lang v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 79–5881. Wilson v. Illinois. C. A. 7th Cir. Certiorari denied.

No. 79–5882. Opdahl v. United States. C. A. 8th Cir. Certiorari denied.

No. 79–5884. Gonzalez v. United States. C. A. 7th Cir. Certiorari denied.

No. 79–5887. Livingstone v. Little, Brown & Co. et al. C. A. 4th Cir. Certiorari denied.

No. 79–5889. Shapiro et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 79–5890. Yaple v. United States. C. A. 9th Cir. Certiorari denied.

No. 79–5891. Johnson v. Carter, President of the United States. C. A. 6th Cir. Certiorari denied.

No. 79–5907. McDonald v. United States. C. A. 4th Cir. Certiorari denied.

No. 79–5912. Kaewnil v. United States. C. A. 9th Cir. Certiorari denied.

No. 79–5913. Holliday v. United States. C. A. 9th Cir. Certiorari denied.